UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIKA ALEXANDRIA,

               Plaintiff,

   - against -

MAST BROTHERS, INC.,

               Defendant.

25-cv-7754 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to discuss settlement and provide an update to the Court by **December 19, 2025**. Failure to notify the Court by that date may result in dismissal without prejudice. The time to answer is stayed.

SO ORDERED.

Dated:    New York, New York
           September 19, 2025

                                            John G. Koeltl
                                      United States District Judge