UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ERIKA ALEXANDRIA,

                    Plaintiff,

      - against -

MAST BROTHERS, INC.,

                    Defendant.

25-cv-7754(JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

On September 19, 2025, the Court issued an order directing the parties to discuss settlement and to provide an update by December 19, 2025. The order noted that failure to update the Court by that deadline could result in dismissal for failure to prosecute. The deadline has passed, and no update has been filed. Therefore, the complaint is **dismissed without prejudice** for failure to prosecute.

The Clerk is respectfully requested to enter judgment dismissing the complaint without prejudice and to close this case.

SO ORDERED.

Dated:     New York, New York
           December 22, 2025

                                  John G. Koeltl
                     United States District Judge