**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
ERIKA ALEXANDRIA,

        Plaintiff,                 25 **CIVIL** 7754 (JGK)

    -against-                      **JUDGMENT**

MAST BROTHERS, INC,

        Defendant.
-------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons

set forth in the Court's Order dated December 22, 2025, the complaint is dismissed without

prejudice for failure to prosecute; accordingly, this case is closed.

**Dated:**  New York, New York

     December 29, 2025

                               **TAMMI M. HELLWIG**
                               _____
                                  **Clerk of Court**

              **BY:**                      
                                _____
                                **Deputy Clerk**